Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.:  17−25527−KCF
                        Chapter:  7
                        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eugene Curtis Howell                                   Paula Stacey−Ann Wilson−Howell
   1082 Shadowlawn Dr                                      1082 Shadowlawn Dr
   Green Brook, NJ 08812                                Green Brook, NJ 08812−1747

Social Security No.:
   xxx−xx−2629                                                 xxx−xx−6969

Employer's Tax I.D. No.:

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Barry R. Sharer is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 8, 2017</u>                  <u>Kathryn C. Ferguson</u>
                                              Judge, United States Bankruptcy Court